No. 88–5032. RUIZ *v.* CALIFORNIA, 488 U. S. 871; and
No. 88–6190. WILLIAMS *v.* OHIO, 489 U. S. 1040. Motions for leave to file petitions for rehearing denied.

NOVEMBER 6, 1989

No. 89–401. WECHT, PRESIDENT OF THE ALLEGHENY COUNTY BOARD OF PRISON INSPECTORS, ET AL. *v.* INMATES OF THE ALLEGHENY COUNTY JAIL ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *University of Texas* v. *Camenisch,* 451 U. S. 390 (1981).

No. — — ——. RAMACHANDRAN *v.* SECRETARY OF THE NAVY. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — — ——. STOCKS *v.* UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE BLACKMUN dissents and would grant the motion.

No. A–62 (89–243). ELI LILLY & CO. *v.* MEDTRONIC, INC. C. A. Fed. Cir. [Certiorari granted, *ante,* p. 889.] Application for recall and stay of mandate of the United States Court of Appeals for the Federal Circuit, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

No. A–166 (89–5728). PREUSS *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.